UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MAI TL, INC. d/b/a BAYMONT INN & SUITES – MARRERO<br><br>Plaintiff,<br><br>vs.<br><br>VELOCITY RISK UNDERWRITERS, LLC; INDEPENDENT SPECIALTY INSURANCE COMPANY; CERTAIN UNDERWRITERS AT LLOYD'S AND OTHER INSURERS SUBSCRIBING TO BINDING AUTHORITY B604510568622021; and ACCESS RESTORATION SERVICES US, INC.<br><br>Defendants. | No. 2:23-cv-05617<br><br>Judge Eldon E. Fallon<br><br>Magistrate Michael B. North |

## **ORDER**

Considering the foregoing *Joint Motion for Voluntary Dismissal;*

IT IS ORDERED, ADJUDGED and DECREED that the motion is GRANTED and the claims of Plaintiff against Defendants, and those of the Petition-in-Intervention, are hereby dismissed, with prejudice, each party to pay their own costs of court.

New Orleans, Louisiana, this 19th day of August, 2024.

_____
United States District Judge